USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

   -against-

$9,781.41 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-5358, HELD IN THE NAME OF NARESH KUMAR JAIN;

$684,942.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-4277, HELD IN THE NAME OF NARESH KUMAR JAIN;

$768,870.32 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-8565, HELD IN THE NAME OF NARESH KUMAR JAIN;

$487,161.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-8617, HELD IN THE NAME OF KANTA NATH JAIN;

$793,461.07 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-8616, HELD IN THE NAME OF HAINKE & ANDERSON TRADING LLC;

$171,610.38 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-8567, HELD IN THE NAME OF HAINKE & ANDERSON TRADING LLC;

$1,064,747.89 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-8572, HELD IN THE NAME OF JAYNA TRADING CO.;

$128,341.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-8610, HELD IN THE NAME OF JAYNA TRADING CO.;

$209,102.50 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-8611, HELD IN THE NAME OF JAYNA TRADING CO.;

$13,415.18 FORMERLY ON DEPOSIT AT MAN

07 Civ. 6224 (SHS)

ORDER

FINANCIAL INC., IN ACCOUNT NUMBER XXXX-8566, HELD IN THE NAME OF NITIN JAIN;

$14,026.08 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-4255, HELD IN THE NAME OF NITIN JAIN;

$2,748.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-8557, HELD IN THE NAME OF PANKAJ JAIN; AND

$24,449.65 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXXX-8558, HELD IN THE NAME OF PANKAJ JAIN,

Defendants-in-rem.

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has received a letter dated July 31, 2007 from Kanta Nath Jain and copies of letters of the same date from Naresh Kumar Jain and Pankaj Jain. In each of those letters, the author seeks an extension of time within which to file a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED that:

1. Kanta Nath Jain, Naresh Kumar Jain, and Pankaj Jain shall each have until October 31, 2007 to file claims in this action;

2. The government shall mail a copy of this Order to each of those individuals; and

3. The pretrial conference set for September 7, 2007 is adjourned *sine die*.

Dated: New York, New York
       August 20, 2007

SO ORDERED:

Sidney H. Stein, U.S.D.J.