U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07 Civ. 6224 (SHS) |
| DEFENDANT | TYPE OF PROCESS |
| $9,781.41 Formerly on Deposit at Man Financial... | Publication |

**SERVE ▶ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

USMS - SDNY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

500 Pearl Street, New York, New York 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY - SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA

NEW YORK, NY 10007-1703
ATTENTION: Abigail Seda

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                               Fold

Please publish the following notice of publication in a newspaper of general circulation for three consecutive weeks.

CATS # 07-DEA-484334, 484358, 484367, 484372, 484374, 484377, 484379, 484382, 484385, 484397, 484402, 484405, 484408     Please return to Abigail Seda, 212-637-2559

| Signature of Attorney or other Originator requesting service on behalf of: AUSA CHRISTINE MEDING | x PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 212-637-2614 | DATE 7/9/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 7-12-07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service 9/12/07   Time   am/pm   Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal / Amount of Refund |

REMARKS: 9/12/07 - Notice was published in the New York Law Journal on July 20, July 27, and August 3, 2007. (copy attached)

PRIOR EDITIONS MAY BE USED                      ORIGINAL                      FORM USM-285

**STATE OF NEW YORK**
*County of New York,*  s.:

U.S. ATTORNEY COPY

**MISCELLANEOUS**

On July 5, 2007, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 18 U.S.C. §981(a)(1)(A), as property involved in money laundering transactions in violation of 18 U.S.C. §1956; pursuant to 18 U.S.C. §981(a)(1)(B), as property derived from, or traceable to any proceeds obtained directly or indirectly from an offense against a foreign nation involving the manufacture, importation, sale, or distribution of a controlled substance; and pursuit to 21 U.S.C. §881(a)(6), as monies furnished in exchange for a controlled substance in violation of the federal narcotics laws, against the following seized bank accounts: $9,781.41 Formerly on Deposit at Man Financial Inc., in Account number N8075358, held in the name of Naresh Kumar Jain; $684,942.00 Formerly on Deposit at Man Financial Inc., in Account number N8034277, held in the name of Naresh Kumar Jain; $768,870.32 Formerly on Deposit at Man Financial Inc., in Account number 94778565, held in the name of Naresh Kumar Jain; $487,161.00 Formerly on Deposit at Man Financial Inc., in Account number 94778617, held in the name of Kanta Nath Jain; $793,461.07 Formerly on Deposit at Man Financial Inc., in Account number 94778616 held in the name of Hainke & Anderson Trading LLC; $171,610.38 Formerly on Deposit at Man Financial Inc., in Account number 94778567 held in the name of Hainke & Anderson Trading LLC; $1,064,747.89 Formerly on Deposit at Man Financial Inc., in Account number 94778572 held in the name of Jayna Trading Co.; $128,341.00 Formerly on Deposit at Man Financial Inc., in Account number 94778610 held in the name of Jayna Trading Co.; $209,102.50 Formerly on Deposit at Man Financial Inc., in Account number 94778611 held in the name of Jayna Trading Co.; $13,415.18 Formerly on Deposit at Man Financial Inc., in Account number 94778556 held in the name of Nitin Jain; $14,026.08 Formerly on Deposit at Man Financial Inc., in Account number D1974225 held in the name of Nitin Jain; $2,748.00 Formerly on Deposit at Man Financial Inc., in Account number 94778557 held in the name of Pankaj Jain; $24,449.65 Formerly on Deposit at Man Financial Inc., in Account number 94778558 held in the name of Pankaj Jain.

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, Room 120, United States Court House, 500 Pearl Street, New York, New York, by September 04, 2007, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered.

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 20th day of July, 2007.

TO WIT: JULY 20, 27, 2007 AUGUST 3, 2007

*Cynthia Byrd*

SWORN TO BEFORE ME, this 3rd day
Of August, 2007.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009