USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10|31|07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :          07 Civ. 6224 (SHS)

                            Plaintiff,       :

        -against-                            :          ORDER

$9,781.41 IN UNITED STATES CURRENCY,         :
ET AL.,
                                             :
                            Defendants.
-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court has received largely identical letters dated October 22, 2007 from

Kanta Nath Jain; Jayna Trading Co. LLC (signed by Managing Director Kanta Nath Jain);

Naresh Kumar Jain; and Kumar Trading Co. LLC (signed by Managing Director Naresh Kumar

Jain).  It has also received a letter dated October 26 from Assistant U.S. Attorney Christine

Meding who wrote that she had received the same letters plus letters from Pankaj Jain and

Hainke & Anderson Trading (LLC) (signed by Managing Director Pankaj Jain).  The latter two

letters have not been received by the Court as of today.  Each of those largely identical letters

request, *inter alia*, an extension of the writer's time in which to file a claim in this action and a

fixed date for a status conference in this action.  Accordingly,

        IT IS HEREBY ORDERED that:

        1.      The time in which to file a claim in this action is extended until December

20, 2007;

2.    A status conference is set for January 18, 2008, at 9:30 a.m. in the U.S.

Courthouse, 500 Pearl Street, New York, New York, courtroom 23A; and

3.    The government shall send a copy of this Order to all known potential

claimants.


Dated: New York, New York
       October 31, 2007

SO ORDERED:

Sidney H. Stein, U.S.D.J.

-2-