MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: CHRISTINE MEDING (CM-8556)
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2614

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                            :
                                                    :         NOTICE OF MOTION
        -v.-                                        :         FOR DEFAULT JUDGMENT
                                                    :
$9,781.41 FORMERLY ON DEPOSIT AT MAN                :         07 Civ. 6224 (SHS)
FINANCIAL INC., IN ACCOUNT NUMBER                   :
█████5358, HELD IN THE NAME OF NARESH               :
KUMAR JAIN;                                         :
                                                    :
$684,942.00 FORMERLY ON DEPOSIT AT                  :
MAN FINANCIAL INC., IN ACCOUNT NUMBER               :
█████4277, HELD IN THE NAME OF NARESH               :
KUMAR JAIN;                                         :
                                                    :
$768,870.32 FORMERLY ON DEPOSIT AT                  :
MAN FINANCIAL INC., IN ACCOUNT NUMBER               :
█████8565, HELD IN THE NAME OF NARESH               :
KUMAR JAIN;                                         :
                                                    :
$487,161.00 FORMERLY ON DEPOSIT AT                  :
MAN FINANCIAL INC., IN ACCOUNT NUMBER               :
█████8617, HELD IN THE NAME OF KANTA                :
NATH JAIN;                                          :
                                                    :
$793,461.07 FORMERLY ON DEPOSIT AT                  :
MAN FINANCIAL INC., IN ACCOUNT NUMBER               :
█████8616, HELD IN THE NAME OF HAINKE               :
& ANDERSON TRADING LLC;                             :
                                                    :
$171,610.38 FORMERLY ON DEPOSIT AT                  :
MAN FINANCIAL INC., IN ACCOUNT NUMBER               :
█████8567, HELD IN THE NAME OF HAINKE               :
& ANDERSON TRADING LLC;                             :
                                                    :
$1,064,747.89 FORMERLY ON DEPOSIT AT                :
MAN FINANCIAL INC., IN ACCOUNT NUMBER               :
█████8572, HELD IN THE NAME OF JAYNA                :
TRADING CO.;                                        :

| | |
|---|---|
| $128,341.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER ████8610, HELD IN THE NAME OF JAYNA KUMAR JAIN; | : <br> : <br> : <br> : <br> : |
| $209,102.50 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER ████8611, HELD IN THE NAME OF JAYNA TRADING CO.; | : <br> : <br> : <br> : <br> : |
| $13,415.18 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER ████8556, HELD IN THE NAME OF NITIN JAIN; | : <br> : <br> : <br> : <br> : |
| $14,026.08 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER ████4225, HELD IN THE NAME OF NITIN JAIN; | : <br> : <br> : <br> : <br> : |
| $2,748.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER ████8557, HELD IN THE NAME OF PANKAJ JAIN; | : <br> : <br> : <br> : <br> : |
| $24,449.65 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER ████8558, HELD IN THE NAME OF PANKAJ JAIN; | : <br> : <br> : <br> : <br> : |
| Defendants-in-rem. | : <br> : |

- - - - - - - - - - - - - - - - - - - - - - x

Upon the accompanying Default Judgment, and upon all prior proceedings herein, the plaintiff will move this Court before the Honorable Sidney H. Stein, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, on January 31, 2008, at 9:30 A.M., on submission, for an order pursuant to Rule 55 of the Federal Rules of Civil Procedure granting default judgment in favor of the plaintiff, United States of America, and forfeiting the defendants-in-rem to the United States of America and for such other relief as is just

and proper.

      PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Civil Rules of this Court, the claimant is required to serve answering affidavits and memoranda, if any, upon the individuals listed in Exhibit 1, within ten days after service of this motion.

Dated:    New York, New York
           January 10, 2008

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              United States of America

                   By:         /s/
                         CHRISTINE MEDING (CM-8556)
                         Assistant United States Attorney
                         One St. Andrews Plaza
                         New York, New York  10007
                         (212) 637-2614

**Exhibit 1**

**By International Express Mail**

Naresh Kumar Jain Patel
Kumar Trading Co. LLC
Suite 1105, Al Owais Tower
PO Box 4107
Dubai, UAE

Pankaj Jain
Hainke & Anderson Trading LLC
1105 Alowais Tower
P.O. Box 64932
Deira, Dubai UAE

Kanta Nath Jain
Jayna Trading Co. LLC
PO Box 40038
Shop No. 4 Below Royal Park Hotel
Deira, Dubai UAE

Nitin Jain
PO Box 42243
Dubai, UAE