

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

March 6, 2008

**By Hand**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. $9,781.41 in United States Currency, et al., 07 Civ. 6224 (SHS)

Dear Judge Stein:

The Government respectfully requests the adjournment of the return date in the Motion for Default Judgment to April 30, 2008 at 3:30 p.m.. Last week, Michael Bachner, Esq. advised counsel for the Government that he anticipated being retained by several owners of the Defendant Funds, many of whom reside outside of the United States. In light of the fact that Mr. Bachner expects to file his appearance shortly, and that the parties expect to immediately begin discussions to resolve the matter, the Government seeks an extension of the return date.

Thank you in advance for your time and consideration.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

cc:   Michael Bachner, Esq.

SO ORDERED 3/7/08

_____
SIDNEY H. STEIN
U.S.D.J.