AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USA

v.

NARESH KUMAR JAIN, KANTA NATH JAIN, HAINKE & ANDERSON TRADING, LLC, JAYNA TRADING CO., PANKAJ JAIN.

**APPEARANCE**

Case Number: 07 CIV 6224 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

NARESH KUMAR JAIN, KANTA NATH JAIN, HAINKE & ANDERSON TRADING, LLC, JAYNA TRADING CO.; PANKAJ JAIN.

I certify that I am admitted to practice in this court.

| 4/7/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | MICHAEL F. BACHNER | MFB-7719 |
| | Print Name | Bar Number |
| | 26 BROADWAY SUITE 2310 | |
| | Address | |
| NY | NY | 10004 |
| City | State | Zip Code |
| | (212) 344-7778 | (212) 344-7774 |
| | Phone Number | Fax Number |