

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

April 30, 2008

**By Fax**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: United States v. $9,781.41 in United States Currency, et al., 07 Civ. 6224 (SHS)

Dear Judge Stein:

The Government respectfully requests the adjournment of the pretrial conference to June 13, 2008, so that the parties can engage in further settlement discussions. In addition, while I was advised by your chambers that the Court is available at 12:00 p.m., defense counsel reports that he has a matter out-of-state that morning, but would be available at 12:30 or later.

Thank you in advance for your time and consideration.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

cc: Michael Bachner, Esq.

*The conference is adjourned to June 13, 2008, at 12:30 pm.*

SO ORDERED 4/30/08

SIDNEY H. STEIN
U.S.D.J.