AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

$9,781.41 Formerly on Deposit... et al.

APPEARANCE

Case Number: 07 Civ. 6224 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 12, 2008 | *signature* |
| Date | Signature |
| | JEFFREY ALBERTS — JEA-9809 |
| | Print Name / Bar Number |
| | One St. Andrews Plaza |
| | Address |
| | New York, NY 10007 |
| | City / State / Zip Code |
| | (212) 637-1038 / (212) 637-0421 |
| | Phone Number / Fax Number |