```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,               :       07 Civ. 6224 (SHS)

                 Plaintiff,              :

      -against-                      :       ORDER

$9,781.41 FORMERLY ON DEPOSIT IN        :
MAN FINANCIAL INC., *ET AL.*,

                                :

             Defendants-in-rem.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.      The last day for potential claimants to file a verified claim and an answer is July 14, 2008; and

      2.      There will be a pretrial conference on September 12, 2008, at 11:00 a.m.

Dated: New York, New York
       June 13, 2008

\

                                                    SO ORDERED:

                                                    _____
                                                    Sidney H. Stein, U.S.D.J.