

**RECEIVED JUL 11 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.**

**BACHNER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN

*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/11/08**

## MEMO ENDORSED

July 11, 2008

<u>Via Facsimile (212) 805-7924</u>
The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. $9,781.41 in United States Currency, et al.</u>, 07 CV 6224 (SHS)

Dear Judge Stein:

As you are aware, my firm represents several individuals who wish to assert claims to property that is subject to the above-referenced in rem forfeiture action. On June 13, 2008, you set July 14, 2008 as the deadline for these individuals to submit verified claims and responsive pleadings. I am writing to request a brief two week extension of that deadline.

The individuals that we represent do not reside in the United States. Our only contact with them is through a third party -- an attorney located in India. While we have worked diligently to prepare the necessary documents to meet Your Honor's deadline, we are having difficult communicating with this third party to secure the necessary signatures and authority to file the documents. Our concern is that if this third party remains unreachable through the end of business on Monday, our clients may be prejudiced through no fault of their own. Therefore, we respectfully request a brief extension until July 28, 2008.

While I understand that this case has been delayed in the past, this is our firm's first request for an extension. AUSA Jeffrey Alberts is not available until July 14th and I was unable to contact anyone else at the US Attorney's Office to determine their position with respect to this request.

1

## BACHNER & ASSOCIATES, P.C.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Michael F. Bachner (MFB-7719)
Kevin T. O'Brien (KO-4063)
BACHNER & ASSOCIATES, P.C.
26 Broadway, Suite 2310
New York, New York 10004
(212) 344-7778

Counsel for Prospective Claimants

cc:   AUSA Jeffrey Alberts (by email)

No further adjournments.

SO ORDERED: 7/11/08

Hon. Sidney H. Stein

2