**BACHNER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
26 BROADWAY
SUITE 2310
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774
www.bhlawfirm.com

MICHAEL F. BACHNER*

KEVIN T. O'BRIEN
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

*[Received stamp: JUL 28 2008]*
*[Stamp: CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.]*
*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/28/08]*

MEMO ENDO[RSED]

July 28, 2008

**Via Facsimile (212) 805-7924**
The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. $9,781.41 in United States Currency, et al.</u>, 07 CV 6224 (SHS)

Dear Judge Stein:

As you are aware, my firm represents several individuals who wish to assert claims to property that is subject to the above-referenced in rem forfeiture action. On June 13, 2008, you set July 14, 2008 as the deadline for these individuals to submit verified claims and responsive pleadings. On July 14, 2008, you granted a two week extension to July 28, 2008, and indicated that no more extensions will be granted. Unfortunately, I must request that the Court grant one final brief extension in this matter.

As you are well aware, the individuals seeking to assert claims in this case are not residents of the United States and our only contact with them at this time is an attorney located in India. This individual responded to us by email this morning stating, in substance, that he has been tied up on other matters and will be able to supply us with the necessary paperwork by the middle of this week. If your Honor is inclined to grant this final extension request, we respectfully ask for one week, or until August 4, 2008, to ensure that originals reach the United States and that any issues with the documents as we receive them can be properly resolved before filing.

1

## BACHNER & ASSOCIATES, P.C.

    I apologize for the delay and thank you in advance for your consideration of this request.

                                    Respectfully submitted,

                                    Michael F. Bachner (MFB-7719)
                                    Kevin T. O'Brien (KO-4063)
                                    BACHNER & ASSOCIATES, P.C.
                                    26 Broadway, Suite 2310
                                    New York, New York 10004
                                    (212) 344-7778

                                    Counsel for Prospective Claimants

cc:    AUSA Jeffrey Alberts (by email)

                                    SO ORDERED: 7/28/08

                                    Hon. Sidney H. Stein

2