```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        07 Civ. 6224 (SHS)

      -against-                              :        ORDER

$9,781.41 FORMERLY ON DEPOSIT AT MAN     :
FINANCIAL INC., IN ACCOUNT NUMBER
*****5358, HELD IN THE NAME OF NARESH    :
KUMAR JAIN, *ET AL.*,
                                         :
      Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The "Notice of Motion for Default Judgment" [13] is dismissed as moot, without prejudice, on the grounds that Michael F. Bachner, Esq. filed a notice of appearance on April 7, 2008, as counsel for Naresh Kumar Jain, Kanta Nath Jain, Hainke & Anderson Trading, LLC, Jayna Trading Co., and Pankaj Jain.

Dated: New York, New York
      July 29, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.