UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    -v-

$9,871.41 FORMERLY ON DEPOSIT AT MAN FINANCIAL, INC., IN ACCOUNT NUMBER XXX5358, HELD IN THE NAME OF NARESH KUMAR JAIN;

$684,942.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX4277, HELD IN THE NAME OF NARESH KUMAR JAIN;

$768,870.32 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8565, HELD IN THE NAME OF NARESH KUMAR JAIN;

$487,161.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8617, HELD IN THE NAME OF KANTA NATH JAIN;

$793,461.07 FORMERLY ON DEPOSIT AT MAN FINANCIAL, INC., IN ACCOUNT NUMBER XXX8616, HELD IN THE NAME OF HAINKE & ANDERSON TRADING LLC;

$171,610.38 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8567, HELD IN THE NAME OF HAINKE & ANDERSON TRADING LLC;

$1,064,747.89 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8572, HELD IN THE NAME OF JAYNA TRADING CO.;

$128,341.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8610, HELD IN THE NAME OF JAYNA TRADING CO.;

Civil Case No. 07 CV 6224 (SHS)

**VERIFIED CLAIM OF KANTA NATH JAIN**



$209,102.50 FORMERLY ON DEPOSIT AT MAN :
FINANCIAL INC., IN ACCOUNT NUMBER :
XXX8611, HELD IN THE NAME OF JAYNA :
TRADING CO.; :

$13,415.18 FORMERLY ON DEPOSIT AT MAN :
FINANCIAL INC., IN ACCOUNT NUMBER :
XXX8556, HELD IN THE NAME OF NITIN :
JAIN; :

$14,206.08 FORMERLY ON DEPOSIT AT MAN :
FINANCIAL INC., IN ACCOUNT NUMBER :
XXX4225, HELD IN THE NAME OF NITIN :
JAIN; :

$2,748.00 FORMERLY ON DEPOSIT AT MAN :
FINANCIAL INC., IN ACCOUNT NUMBER :
XXX8557, HELD IN THE NAME OF PANKAJ :
JAIN; AND :

$24,449.65 FORMERLY ON DEPOSIT AT MAN :
FINANCIAL INC., IN ACCOUNT NUMBER :
XXX8558, HELD IN THE NAME OF PANKAJ :
JAIN, :

            Defendants-in-rem. :
----------------------------------------------------------------x

    KANTA NATH JAIN, hereby files this verified claim pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, stating:

1. I am the owner of the following defendants-in-rem in the above-captioned action: $487,161.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8617, HELD IN THE NAME OF KANTA NATH JAIN.

2. I am entitled to and demand restitution of the property listed in paragraph 1 and hearby exercise my right to defend this action.



3. Please serve all papers and direct all communications concerning this matter upon my attorneys, BACHNER & ASSOCIATES, P.C., 26 Broadway, Suite 2310, New York, New York 10004, (212) 344-7778.

4. I verify, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____, 2008.

_____
KANTA NATH JAIN