UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,                    Plaintiff,<br><br>-v-<br><br>$9,871.41 IN U.S. CURRENCY, et. al.,<br><br>                                                              Defendant. | Case No. 07 CV 6224<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Hainke & Anderson Trading, LLC_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 8/4/08

_Kevin J. O'Brien_
**Signature of Attorney**

**Attorney Bar Code:** KO-4063

Form Rule7_1.pdf  SDNY Web 10/2007