UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

$9,871.41 IN U.S. CURRENCY, et. al.,

                Defendant.

Case No. 07 CV 6224

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Jayna Trading Co._ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 8/4/08

_[signature]_
**Signature of Attorney**

**Attorney Bar Code:** KO-4063

Form Rule7_1.pdf  SDNY Web 10/2007