UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    -v-

$9,871.41 FORMERLY ON DEPOSIT AT MAN FINANCIAL, INC., IN ACCOUNT NUMBER XXX5358, HELD IN THE NAME OF NARESH KUMAR JAIN;

$684,942.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX4277, HELD IN THE NAME OF NARESH KUMAR JAIN;

$768,870.32 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8565, HELD IN THE NAME OF NARESH KUMAR JAIN;

$487,161.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8617, HELD IN THE NAME OF KANTA NATH JAIN;

$793,461.07 FORMERLY ON DEPOSIT AT MAN FINANCIAL, INC., IN ACCOUNT NUMBER XXX8616, HELD IN THE NAME OF HAINKE & ANDERSON TRADING LLC;

$171,610.38 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8567, HELD IN THE NAME OF HAINKE & ANDERSON TRADING LLC;

$1,064,747.89 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8572, HELD IN THE NAME OF JAYNA TRADING CO.;

$128,341.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8610, HELD IN THE NAME OF JAYNA TRADING CO.;

Civil Case No. 07 CV 6224 (SHS)

**VERIFIED CLAIM OF JAYNA TRADING CO.**

$209,102.50 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8611, HELD IN THE NAME OF JAYNA TRADING CO.;

$13,415.18 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8556, HELD IN THE NAME OF NITIN JAIN;

$14,206.08 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX4225, HELD IN THE NAME OF NITIN JAIN;

$2,748.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8557, HELD IN THE NAME OF PANKAJ JAIN; AND

$24,449.65 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8558, HELD IN THE NAME OF PANKAJ JAIN,

        Defendants-in-rem.

--------------------------------------------------------------x

    Kanta Nath Jain, a partner of JAYNA TRADING CO. ("JAYNA"), hereby files this verified claim pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, stating:

    1.    JAYNA is the owner of the following defendants-in-rem in the above-captioned action:

        a.    $1,064,747.89 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8572, HELD IN THE NAME OF JAYNA TRADING CO.;



      b.   $128,341.00 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8610, HELD IN THE NAME OF JAYNA TRADING CO.;

      c.   $209,102.50 FORMERLY ON DEPOSIT AT MAN FINANCIAL INC., IN ACCOUNT NUMBER XXX8611, HELD IN THE NAME OF JAYNA TRADING CO.;

2. JAYNA is entitled to and demands restitution of the property listed in paragraph 1 and hearby exercises its right to defend this action.

3. Please serve all papers and direct all communications concerning this matter upon my attorneys, BACHNER & ASSOCIATES, P.C., 26 Broadway, Suite 2310, New York, New York 10004, (212) 344-7778.

4. I verify, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____, 2008.

_____
**Kanta Nath Jain**
On behalf of JAYNA
TRADING CO.