```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                            :   07 Civ. 6224 (SHS)
                                                     :   ORDER
                                                     :
                        Plaintiffs,                  :
                                                     :
    -against-                                        :
                                                     :
$9,781.41 FORMERLY ON DEPOSIT AT MAN                 :
FINANCIAL INC., IN ACCOUNT NUMBER                    :
XXXX5358, HELD IN THE NAME OF NARESH                 :
KUMAR JAIN; $9,781.41 FORMERLY ON DEPOSIT            :
AT MAN FINANCIAL INC., IN ACCOUNT NUMBER             :
XXXX5358, ET AL.,                                    :
                                                     :
                        Defendants.                  :
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   A pretrial conference having been held today with counsel for all parties present,

   IT IS HEREBY ORDERED that the next pre-trial conference will be held Friday,

October 10, 2008 at 11:30 am, unless a stipulation of discontinuance has been filed before then.

Dated: New York, New York
       September 12, 2008

                                                SO ORDERED:

                                                _____
                                                Sidney H. Stein, U.S.D.J.

1